# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 2, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158370

*In re* RICHARD LIBA REVOCABLE LIVING
TRUST

_____

DENNIS F. ZAK, TRUSTEE,
        Petitioner-Appellee,

v

CLAUDIA LOCKMAN,
        Respondent-Appellant,
and

DOROTHY LIBA, PAUL LOCKMAN,
ROBERTA BOYTER, VICTORIA BACA,
CATHERINE SIEGEL, JULIANA LOCKMAN,
CAROLE BURKE, KARL BURKE, STEVEN
WINTERS, MARGOT LIBA, and PAUL
MOORE,
        Respondents-Appellees.

SC: 158370
COA: 338049
Macomb PC: 2016-221655-TV

_____/

On order of the Court, the application for leave to appeal the July 17, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



s0325

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 2, 2019



Clerk